#8

FILED

2016 OCT 26  PM 4: 23

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANDREW TAKESHI TAKANO, § | |
| Plaintiff § | |
| § | |
| v. § | Case 16-CV-1090-SS |
| § | |
| ACTONIA, INC § | JURY DEMAND |
| Defendant § | |
| § | |

### ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

The court has considered the Defendant's Unopposed Motion For Extension of Time pursuant to FRCP 6(b)(1)(A) and

It is ORDERED that:

☑    the motion is granted.   Defendant Actonia, Inc. shall file responsive pleadings by November 16, 2016.

☐    ~~the motion is denied.~~

10-25-16                              /s/ Sam Sparks
_____                    _____
DATE                               UNITED STATES DISTRICT JUDGE